

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2019

No. 04-19-00526-CR

Johnny Joe **ALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR10064
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was originally due October 3, 2019; however, the court granted an extension of time to file the brief until November 4. Appellant has filed a motion for a further extension of time to file the brief.

We grant the motion and order appellant's attorney, Thomas Lane, to file the brief by **December 2, 2019** (60 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court